Linda Ann **TYLER**, Plaintiff–
Appellant,

v.

D. **LITWER**, Grievance Coordinator; Earl Richard Bazzle, Warden at Leath Correctional Institution; J.W. Price, Sergeant; Sergeant McFarland; Officer Murphy; Bernice Wiggleton, Major, Defendants–Appellees.

No. 00–7479.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided March 1, 2001.

Linda Ann Tyler, pro se. Steven Michael Pruitt, McDonald Patrick Tinsley, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Linda Ann Tyler appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Tyler v. Litwer,* No. CA–99–3744–4–22BF (D.S.C. Sept. 29, 2000). We grant Tyler's motions to supplement her informal brief and we deny the remainder of her outstanding motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*